PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO CERVANTES,<br><br>Defendant. | CASE NO.  1:23-CR-00146-ADA<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>COURT: Hon. Ana de Alba |

The parties agree and stipulate to set an arraignment on an Information and change of plea proceeding for September 11, 2023 at 8:30 a.m.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 18, 2023, the government filed a complaint charging Cervantes with a violation of Title 18, United States Code, Section 922(g)(1) – Felon in Possession of Ammunition.  Doc. 1.  On July 24, 2023, the government filed an Information charging the defendant with the same offense, and on July 25, 2023, the government filed an executed plea agreement and a waiver of indictment.  Docs. 11, 12, 13.

2. By this stipulation, defendant now moves to set an arraignment and change of plea proceeding for **September 11, 2023, at 8:00 a.m.** and to exclude time between the filing of the

Information (July 24, 2023) and September 11, 2023.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The parties are ready to proceed with an arraignment and change of plea

b)     The first available date on which defense counsel does not have a conflict is September 11, 2023.

c)     Counsel for defendant believes that failure to grant the above-requested arraignment and change of plea setting would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the date selected.

e)     Based on the above-stated findings, the ends of justice served by scheduling the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of July 24, 2023 to 1, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

**[Remainder of page intentionally left blank.]**

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which an

3  indictment must be filed and a trial must commence.

4          IT IS SO STIPULATED.

5

6

7  Dated:  August 25, 2023                    PHILLIP A. TALBERT
                                              United States Attorney

8

9                                             /s/ KIMBERLY A. SANCHEZ
                                              KIMBERLY A. SANCHEZ
10                                            Assistant United States Attorney

11

12  Dated:  August 25, 2023                   /s/ RICHARD BESHWATE
                                              RICHARD BESHWATE
13                                            Counsel for Defendant
                                              ALBERTO CERVANTES

14

15

16

17

18  IT IS SO ORDERED.

19    Dated:    August 28, 2023    

20                                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28